**Order entered July 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00481-CV

## IN RE JOSEPH SMITH, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80590-2016**

# ORDER

Before Justices Bridges, Brown, and Boatright

Based on our opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/     ADA BROWN
             JUSTICE